**Robert Gordon AMEGASHIE, Petitioner–Appellant,**

v.

**Joseph M. BROOKS, Warden, Respondent–Appellee.**

No. 01–7474.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Oct. 31, 2001.

Robert Gordon Amegashie, pro se.

Staci A. Barrera, Office of the United States Attorney, Alexandria, VA, for appellee.

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Robert Gordon Amegashie appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Amegashie v. Brooks,* No. CA–01–126 (E.D.Va. June 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*